No. 91–5189.  MILNER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–5190.  MCKENZIE *v.* DISTRICT OF COLUMBIA RENTAL HOUSING COMMISSION.  Ct. App. D. C.  Certiorari denied.

No. 91–5192.  CANNADY *v.* LIFE OF GEORGIA INSURANCE CORP.  C. A. 4th Cir.  Certiorari denied.

No. 91–5195.  TALJ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–5196.  EAGLE HORSE *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 91–5197.  MUMFORD ET AL. *v.* WEIDNER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–5198.  FIGGANS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–5199.  ZELL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5200.  DOBSON *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTION.  C. A. 11th Cir.  Certiorari denied.

No. 91–5201.  BRENNON *v.* HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 91–5202.  SETIEN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–5203.  WALLACE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–5204.  HOKE *v.* THOMPSON, WARDEN.  Sup. Ct. Va. Certiorari denied.

No. 91–5207.  HAYNIE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–5208.  LOPEZ *v.* METROPOLITAN LIFE INSURANCE CO. C. A. 2d Cir.  Certiorari denied.